```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONG CHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *Secretary, Department of Homeland Security, et al.*,<br><br>　　　　　Defendants. | C 3:23-cv-03010 LJC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before November 27, 2023. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

//

//

//

Stip to Extend
C 3:23-cv-03010 LJC                                          1

Dated: October 26, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: October 26, 2023

*/s/ Song Chen*
SONG CHEN
Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 1, 2023

HON. LISA J. CISNEROS
United States Magistrate Judge

Stip to Extend
C 3:23-cv-03010 LJC